IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-1-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM ARTHUR CLAWSON, | |
| Defendant. | |

Defendant William Arthur Clawson having moved unopposed to amend the recommendation for BOP placement in his July 31, 2025 Judgment,

IT IS ORDERED that the motion (Doc. 29) is GRANTED. It is recommended that the defendant be incarcerated at FCI El Reno, Oklahoma due to its proximity to his family in Oklahoma. The Clerk shall provide a copy of this Order to the BOP.

DATED this 6th day of August, 2025.

Donald W. Molloy, District Judge
United States District Court